IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

SUE BOLING,                                    )
                                               )
                    Plaintiff,                 )
                                               )
v.                                             )          No. 3:04-CV-572
                                               )
BRIAN BARKER and GILBERT UNION                 )
BOILER MORRISON KNUDSEN                        )
(GUBMK),                                       )
                                               )
                    Defendants.                )

**O R D E R**

On August 31, 2005, the court ordered [doc. 9] plaintiff to show cause in

writing on or before September 23, 2005, why this civil action should not be dismissed as to

defendant Brian Barker for failure to prosecute.  Plaintiff did not comply with the court's

order.  Defendant Brian Barker is accordingly **DISMISSED** from this civil action without

prejudice.

**IT IS SO ORDERED**.

ENTER:

                                          s/ Leon Jordan
                                     United States District Judge